In the Matter of MORTGAGE COMMISSION OF THE STATE OF NEW YORK with Respect to a Mortgage Covering Premises 284 EASTERN PARKWAY, BOROUGH OF BROOKLYN, COUNTY OF KINGS, Guaranteed by LAWYERS TITLE AND GUARANTY COMPANY. (Mortgage No. 285,017.) In the Matter of the Accounting of BROOKLYN TRUST COMPANY, as Trustee under a Declaration of Trust Dated February 18, 1939, Respondent. ROBERT E. DINEEN, Superintendent of Insurance of the State of New York, as Successor to the MORTGAGE COMMISSION OF THE STATE OF NEW YORK and as Liquidator of LAWYERS TITLE AND GUARANTY COMPANY, Appellant; FRANK C. MOORE, as Comptroller of the State of New York, et al., Respondents.

Submitted April 7, 1947; decided April 17, 1947.

*J. Francis Lynch* and *Thomas D. Austin* for motion.
*Henry J. Walsh, Jr.,* and *Walter F. O'Malley* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, unless within fifteen days all papers required by rule 21 (subd. b) of the Rules of the Court of Appeals are filed.